IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BLUEFIELD

DELORES L. KNIGHT,

    Plaintiff,

v.                              CIVIL ACTION NO. 1:20-00315

M.E. REHERMAN, Warden

    Defendant.

## MEMORANDUM OPINION AND ORDER

Pending before the court is plaintiff's motion for dismissal.  See ECF No. 28.  However, on November 9, 2020, the court denied plaintiff's emergency petition under 28 U.S.C. § 2241 and directed the Clerk to remove this case from the court's active docket.  See ECF Nos. 25 and 26.  Therefore, the motion for dismissal is **DENIED** as moot.

The Clerk is directed to forward a copy of this Memorandum Opinion and Order to plaintiff and counsel of record.

**IT IS SO ORDERED** this 11th day of July, 2022.

                              ENTER:

                              David A. Faber
                              Senior United States District Judge